# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER KEUM,<br><br>      Plaintiff,<br><br>  v.<br><br>VIRGIN AMERICA,<br><br>      Defendant.<br>_____/ | No. C 10-03285 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 4, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 24, 2011.

DESIGNATION OF EXPERTS: 5/23/11; REBUTTAL: 6/10/11.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 24, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by July 8, 2011;

    Opp. Due July 22, 2011; Reply Due July 29, 2011;

    and set for hearing no later than August 12, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 13, 2011 at 3:30 PM.

JURY TRIAL DATE: September 26, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Mediation shall be completed by May 1, 2011

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

                                              SUSAN ILLSTON
                                              United States District Judge