STEPHEN L. NELSON (Bar No. 74836)
KRISTIN A. WINTER (Bar No. 218443)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370
E-mail: Stephen.Nelson@wilsonelser.com
E-mail: Kristin.Winter@wilsonelser.com

Attorneys for Defendant
Virgin America, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER KEUM,<br><br>Plaintiff,<br><br>vs.<br><br>VIRGIN AMERICA, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 10-cv-03285 SI<br><br>**HEARING:**<br>Date:         January 28, 2011<br>Time:        9:00 a.m.<br>Courtroom: 10 (19th Floor)<br><br>**PARTY'S STIPULATION TO CONTINUE HEARING SHOULD THE COURT DECIDE TO HAVE ORAL ARGUMENT ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS Rule 12(c)** |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant VIRGIN AMERICA, INC. and plaintiff JENNIFER KEUM as follows:

1. To request that the court continue the hearing in this matter to February 10, 2011 or any later date as is convenient for the court's schedule or in the alternative decide this motion on the pleadings.

Pursuant to Local Rule 6-2(a) the parties provide the following information:

1. This request is being made because counsel for Virgin America has a conflict requiring her to attend a deposition on January 28, 2011, at 9:00 a.m. in San Diego. This deposition is of an FAA Air Safety Inspector which took months to set up with the FAA and cannot be rescheduled. Ms. Winter has worked that case exclusively

1

1 and because of her years of professional aviation experience is in by far the best position to examine this witness on the technical aspects of the issues arising from the FAA/NTSB investigation of an airplane crash which is the subject of the pending litigation styled AMANDEEP SINGH, et al v. CALIFORNIA FLIGHT ACADEMY INTERNATIONAL, INC., et al, San Diego Superior Court case number 37-2010-00101294-CU-PL-CTL. Substituting attorneys for this deposition would prejudice our client, California Flight Academy.

2. Ms. Winter is also the logical person to attend the hearing on Virgin America's motion for judgment on the pleadings to answer any questions that the court may have, as she wrote the briefs and is the only attorney in this office who is intimately familiar with the preemption issues presented – having dealt with these issues extensively over the last ten years or so. In fairness to Virgin America and to the court, substitution of counsel who has not worked with the issues of federal preemption in the realm of aviation would waste the court's time and prejudice Virgin America.

3. No other time modifications have been granted in this matter as this case is just in the preliminary phases of discovery.

4. A delay of even several weeks or more will not have any effect on the overall timing or deadlines in this case. Discovery is progressing in the interim.

DATED: January 19, 2011   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Stephen L. Nelson
Kristin A. Winter
Attorneys for Defendant
Virgin America, Inc.

DATED: January 19, 2011   LAW OFFICES OF DANIEL VEGA

By: _____
Daniel Martinez de la Vega
Attorneys for Plaintiff
Jennifer Keum

2
STIPULATION TO CONTINUE OR CANCEL 12(C) HEARING

630580.1

*IT IS SO ORDERED*
/s/ Susan Illston
Judge Susan Illston

The hearing is continued to 2/18/11 @ 9 a.m.