IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER KEUM, | No. C 10-03285 SI |
| Plaintiff, | **2nd** |
| v. | **PRETRIAL PREPARATION ORDER** |
| VIRGIN AMERICA, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 12, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 7, 2011.

DESIGNATION OF EXPERTS: Pltf. 1/6/12, Deft: 1/23/12

Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 10, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by October 28, 2011;

Opp. Due November 11, 2011; Reply Due November 18, 2011;

and set for hearing no later than December 2, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 6, 2012 at 3:30 PM.

JURY TRIAL DATE: March 19, 2012 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel have agreed to participate in mediation in July 2011.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/12/11

SUSAN ILLSTON
United States District Judge